# LOTUS DEVELOPMENT CORP. *v.* BORLAND INTERNATIONAL, INC.

No. 94–2003.   Argued January 8, 1996—Decided January 16, 1996

*Henry B. Gutman* argued the cause for petitioner. With him on the briefs were *Kerry L. Konrad, Jeffrey E. Ostrow, Arthur R. Miller, Neal D. Goldman,* and *Donald J. Rosenberg.*

*Gary L. Reback* argued the cause for respondent. With him on the brief were *Michael Barclay, Susan A. Creighton,* and *Katherine L. Parks.**

PER CURIAM.

The judgment of the United States Court of Appeals for the First Circuit is affirmed by an equally divided Court.

---

*\*Morton David Goldberg, June M. Besek, Davis O. Carson,* and *Jesse M. Feder* filed a brief for Digital Equipment Corp. et al. as *amici curiae* urging reversal.

Briefs of *amici curiae* urging affirmance were filed for Altai, Inc., by *Susan Gertrude Braden;* for the American Committee for Interoperable Systems et al. by *Peter M. C. Choy* and *Paul Goldstein;* for Computer Scientists by *Ron Kilgard* and *Karl M. Tilleman;* for the League for Programming Freedom by *Eben Moglen* and *Pamela S. Karlan;* for the Software Forum by *Diane Marie O'Malley;* for the Software Industry Coalition et al. by *Thomas F. Villeneuve;* for the Software Protection Committee of the Minnesota Intellectual Property Law Association by *Steven W. Lundberg, Daniel J. Kluth,* and *Rudolph P. Hofmann, Jr.;* for Copyright Law Professors by *Pamela Samuelson;* and for *Peter S. Menell* et al. by Mr. Menell, *pro se.*

Briefs of *amici curiae* were filed for the American Intellectual Property Law Association by *Don W. Martens, Baila H. Celedonia,* and *Charles L. Gholz;* for Economics Professors and Scholars by *Joshua R. Floum;* for Users Groups by *Rex S. Heinke;* and for *Howard C. Anawalt, pro se.*

JUSTICE STEVENS took no part in the consideration or decision of this case.